## MOTION DOCKET

**89–70.** State v. Montgomery. *Lucas County,* No. L–86–395. On motion for stay. Motion granted.

**91–88.** Robinson v. Johnson. *Stark County,* No. CA–8317. On motion to clarify court order. Motion denied.

**91–90.** Robinson v. Ferenchik. *Stark County,* No. CA–8289. On motion to clarify court order. Motion denied.

**91–91.** Robinson v. Ferenchik. *Stark County,* No. CA–8310. On motion to clarify court order. Motion denied.

**91–199.** State v. Wyant. *Delaware County,* No. 90–CA–2. On motions for leave to file *amicus* of Ohio Prosecuting Attorneys Association and Ohio Chiefs of Police. Motions granted.

**91–835.** State, ex rel. Allright Parking of Cleveland, Inc., v. Cleveland. *Cuyahoga County,* No. 57881. On motion to consolidate for oral argument with 91–862, *Allright Parking of Cleveland, Inc. v. Cleveland,* Cuyahoga County, No. 57881. Motion granted.

HOLMES, WRIGHT and H. BROWN, JJ., dissent.